IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY
ADC #127239                                                                                          PLAINTIFF

v.                         Case No. 4:17-cv-00208 KGB/JTR

DESHANNON HUMPHARY
Guard, Faulkner County
Detention Center                                                                                     DEFENDANT

## ORDER

This action arises out of plaintiff Michael Alan Stacy's complaint against defendant DeShannon Humphary. Before the Court is the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). Mr. Stacy has not objected to the Recommended Partial Disposition, and the time to file objections has passed. The Court determines that the Recommended Partial Disposition should be, and hereby is, adopted as its findings in all respects. The Court dismisses without prejudice Mr. Stacy's claims brought against defendant DeShannon Humphary in Mr. Humphary's official capacity. In addition, the Court dismisses any claims raised against Guard Bryant for failure to protect, as Mr. Stacy has already raised that claim in another lawsuit currently pending in this District. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this the 21st day of December, 2017.

_____
Kristine G. Baker
United States District Judge