IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALAN STACY
ADC #127239                                                                                    PLAINTIFF

v.                    Case No. 4:17-cv-00208-KGB/JTR

DESHANNON HUMPHARY
Guard, Faulkner County
Detention Center                                                                               DEFENDANT

## ORDER

Before the Court is the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 49). Plaintiff Michael Alan Stacy filed timely objections to the Recommended Partial Disposition (Dkt. No. 50). After careful consideration of the Recommended Partial Disposition, Mr. Stacy's objections, and a *de novo* review of the record, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirely as this Court's findings in all respects (Dkt. No. 49). After reviewing Mr. Stacy's objections, the Court observes that most of the objections Mr. Stacy raises have no bearing on this case (Dkt. No. 50). Accordingly, the Court grants defendant DeShannon Humphary's motion for summary judgment with respect to Mr. Stacy's claim for compensatory damages and denies the motion in all other respects. Mr. Stacy may proceed with both his failure to protect and retaliation claims, but if he proves a constitutional violation, Mr. Stacy may recover only nominal damages, not compensatory damages or damages for mental distress.

It is so ordered, this 17th day of September, 2018.

Kristine G. Baker
United States District Judge