# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL ALAN STACY                                                      PLAINTIFF

v.                          Case No. 4:17-cv-00208 KGB-JTR

DESHANNON HUMPHREY                                                      DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 72). The stipulation accords with the terms of Federal Rule of Civil Procedure 41.

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 8th day of January 2020.

_____
Kristine G. Baker
United States District Judge